## THE STATE v. SOLBERG.

CRIMINAL LAW: PRODUCING MISCARRIAGE: APPEAL: RECORD EXAMINED: JUDGMENT AFFIRMED.

*Appeal from Howard District Court.*

SATURDAY, DECEMBER 11, 1886.

THE defendant was tried and convicted of the crime of producing the miscarriage of a pregnant woman. He appeals.

No appearance for appellant.

*A. J. Baker, Attorney-general,* for the State.

ROTHROCK, J.—The cause was appealed to this court more than two years ago, and is presented to us upon a transcript without abstract or argument, or appearance for the defendant. We have examined the transcript, and do not discover any ground for reversing the judgment of the district court.

AFFIRMED.